**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-30172 |
| Plaintiff - Appellee, | D.C. No. 1:11-cr-00065-RFC |
| v. | |
| GILBERT G. WALKS, Jr., | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Richard F. Cebull, Chief Judge, Presiding

Submitted March 12, 2013[**]

Before:    PREGERSON, REINHARDT, and W. FLETCHER, Circuit Judges.

Gilbert G. Walks, Jr., appeals from the district court's judgment and

challenges the 24-month sentence imposed following his guilty-plea conviction for

unlawfully trafficking in migratory birds, in violation of 16 U.S.C. §§ 703(a) and

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

707(b); and unlawfully trafficking in eagles, in violation of 16 U.S.C. § 668(a). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Walks contends that the district court procedurally erred by failing to explain adequately the reasons for imposing his sentence consecutive to a 180-month sentence imposed in an unrelated case. We review for plain error, *see United States v. Valencia-Barragan*, 608 F.3d 1103, 1108 (9th Cir. 2010), and find none. The record reflects that the district court adequately discussed the 18 U.S.C. § 3553(a) sentencing factors and explained why it believed that a consecutive sentence was warranted. *See United States v. Fifield*, 432 F.3d 1056, 1064-66 (9th Cir. 2005).

**AFFIRMED.**

12-30172